No. 46715.—Protest 946700–G of Collin & Gissel (Galveston).

Opinion by CLINE, J. From the evidence presented and in harmony with *United States* v. *Woodward-Newhouse Co.* (11 Ct. Cust. Appls. 284, T. D. 39100) and Abstract 40749 it was held that the entered and appraised value of the merchandise is the unit value $0.04054 per pound and that in determining the dutiable value the collector should multiply the total number of pounds of mustard bran in the importation by the unit value, and, after deducting any nondutiable charges included in such value, assess duty at the appropriate rate on the sum so found. The protest was therefore sustained.